IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



REGINALD CRAIG HILL, §
 §
 Applicant, §
 §
VS. § NO. 4:08-CV-706-A
 §
RICK THALER, Director, §
Texas Department of Criminal §
Justice, Correctional §
Institutions Division, §
 §
 Respondent. §

O R D E R

Came on for consideration the above-captioned action wherein Reginald Craig Hill ("Hill") is applicant[1] and Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 17, 2009, the United States Magistrate Judge issued his proposed findings and conclusions and recommendation ("FC&R"), and ordered that the parties file objections, if any, thereto by December 17, 2009. On December 3, 2009, applicant filed his written objections. Respondent has not made any further response. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a de novo determination of those portions of the proposed findings or

---

[1] The title of the document filed by Hill was "Petition for Writ of Habeas Corpus by a Person in State Custody," and Hill referred to himself as "petitioner" in the document. Consistent with the wording of 28 U.S.C. § 2254, the court is referring to the document filed by Hill, as an "application" and is referring to Hill as "applicant."

recommendations to which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. <u>Battle v. U.S. Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987).

Hill's objections to the Magistrate Judge's FC&R are largely nonsensical. The court cannot discern what objections, if any, Hill has to the FC&R. Therefore,

The court adopts the magistrate judge's proposed findings and conclusions, accepts the magistrate judge's recommendation, and ORDERS that the application in this action be, and is hereby, denied.

SIGNED February 3, 2010.

_____
JOHN McBRYDE
United States District Judge

2